# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON VALENZUELA,<br><br>    Plaintiff,<br><br>v.<br><br>MAUSER USA, LLC, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00094-LJO-SAB<br><br>ORDER REQUIRING DEFENDANTS TO FILE SIGNED DECLARATION AND RESPONSE TO COMPLAINT<br><br>(ECF No. 1-2) |

Ramon Valenzuela, ("Plaintiff") on behalf of himself and all others similarly situated, filed this action in Merced Superior Court on November 6, 2019, against Mauser USA, LLC, BWAY Corporation, and Mauser Packaging Solutions ("Defendants"). (ECF No. 1-4.) On January 17, 2020, Defendants Mauser USA, LLC and BWAY Corporation removed this matter to the Eastern District of California alleging original and diversity jurisdiction exists.

Upon review of Defendants' notice of removal, the Court finds that the Declaration of Charles O. Thompson in Support of Defendants Mauser USA, LLC and BWAY Corporation's Notice of Removal is unsigned. (ECF No. 1-2.) Unsigned documents cannot be considered by the Court, and the declaration is stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Accordingly, IT IS HEREBY ORDERED that:

1. The unsigned Declaration of Charles O. Thompson in Support of Defendants

Mauser USA, LLC and BWAY Corporation's Notice of Removal, filed January 17, 2020, is STRICKEN FROM THE RECORD (ECF No. 1-2);

2. Defendant shall file a signed declaration within **two (2) days** of the date of entry of this order;

3. Within **twenty (20) days** of the date of entry of this order, Defendants shall file a pleading responsive to the complaint; and

4. Any motion to remand shall be filed within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **January 22, 2020**

UNITED STATES MAGISTRATE JUDGE