# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON VALENZUELA,<br><br>    Plaintiff,<br><br>v.<br><br>MAUSER USA, LLC, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00094-NONE-SAB<br><br>ORDER VACATING ALL DATES AND STAYING MATTER PENDING MEDIATION<br><br>(ECF Nos. 8, 10, 11, 12) |

    Ramon Valenzuela ("Plaintiff") on behalf of himself and all others similarly situated, filed this action in Merced Superior Court on November 6, 2019, against Mauser USA, LLC, BWAY Corporation, and Mauser Packaging Solutions ("Defendants"). (ECF No 1.) On January 17, 2020, Defendants Mauser USA, LLC and BWAY Corporation removed this matter to the Eastern District of California alleging original and diversity jurisdiction exists. (Id.) On February 28, 2020, Plaintiff filed a motion to remand that is pending adjudication. (ECF No. 10.) On March 2, 2020, due to the pending motion to remand, the Court continued the scheduling conference until June 30, 2020. (ECF No. 11.)

    Currently before the Court is the parties' stipulation to stay all proceedings pending the completion of mediation scheduled for September 30, 2020. (ECF No. 12.) The parties stipulate that Plaintiff will re-notice the motion to remand following the mediation if it proves unsuccessful. (Id.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. All pending dates in this matter are VACATED;
2. This matter is STAYED for the parties to engage in mediation;
3. The motion to remand (ECF Nos. 8, 10) is WITHDRAWN subject to re-noticing for hearing; and
4. The parties shall file a joint status report on or before October 15, 2020, informing the Court of the status of settlement.

IT IS SO ORDERED.

Dated: __**March 10, 2020**__  _____
UNITED STATES MAGISTRATE JUDGE