# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON VALENZUELA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAUSER USA, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00094-NONE-SAB<br><br>ORDER STRIKING PLAINTIFF'S NOTICE OF DISMISSAL<br><br>(ECF No. 21) |

Ramon Valenzuela ("Plaintiff"), on behalf of himself and all others similarly situated, filed this action in Merced Superior Court on November 6, 2019, against Mauser USA, LLC, BWAY Corporation, and Mauser Packaging Solutions ("Defendants"). (ECF No 1.) On January 17, 2020, Defendants removed this matter to the Eastern District of California. (Id.) On March 9, 2021, Plaintiff filed a notice of voluntary dismissal, however, the filing is unsigned. (ECF No. 21.) Unsigned documents cannot be considered by the Court, and Plaintiff's filing shall be stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

///

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that the notice of voluntary dismissal (ECF No. 21) is stricken from the record.

IT IS SO ORDERED.

Dated: **March 9, 2021**

UNITED STATES MAGISTRATE JUDGE